# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Thomas Wayne Damron Sr.**<br>    **aka Thomas Wayne Damron**<br>    **aka Thomas W. Damron**<br><br>              **Debtor** | **BK NO. 19-02621 HWV**<br><br>**Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of USAA FEDERAL SAVINGS BANK and index same on the master mailing list.

                                                            Respectfully submitted,

                                                        **/s/ James C. Warmbrodt, Esquire**
                                                        James C. Warmbrodt, Esquire
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        215-627-1322