```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02621-HWV
Thomas Wayne Damron, Sr.                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 1      Date Rcvd: Sep 30, 2019
                         Form ID: fnldecac     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
db             +Thomas Wayne Damron, Sr.,    72 Hemlock Drive,    Hanover, PA 17331-7510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:
         James   Warmbrodt    on behalf of Creditor     USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com
         Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
          pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
         Thomas E. Miller    on behalf of Debtor 1 Thomas Wayne Damron, Sr. staff@tommillerlawoffice.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                  TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Thomas Wayne Damron Sr., aka Thomas Wayne Damron, aka Thomas W. Damron, | Chapter | 7 |
| **Debtor 1** | Case No. | 1:19–bk–02621–HWV |

Social Security No.:
xxx–xx–1271

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 27, 2019

BY THE COURT
By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)